IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC TYRONE PERSON, <br> AIS 173855, <br><br> Plaintiff, <br><br> v. <br><br> CECELIA COGBURN, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> CASE NO. 2:21-cv-103-ECM-JTA |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On June 24, 2023, Plaintiff Eric Person passed away. Docs. No. 27, 27-1. Defendant thereafter filed a suggestion of death on July 5, 2023 as contemplated by Rule 25(a)(1) of the Federal Rules of Civil Procedure. Doc. No. 27. On July 14, 2023, Defendant notified the court that the suggestion of death was served upon the Plaintiff's mother by regular and certified mail and personally served on the Plaintiff's mother on July 12, 2023. *See* Docs. No. 29, 29-1, 29-2. Under Fed. R. Civ. P. 25(a)(3), service upon such a non-party must be made as provided in Rule 4, which in turn authorizes service under either the law of the state where the district court is located or the law of the state where service is made. *See* Fed. R. Civ. P. 4(e)(1). The court finds the method of service to be substantially compliant with the Alabama Rules of Civil Procedure and sufficient to satisfy the requirements of Rule 25(a)(3). *See* Ala. R. Civ. P. 4.

More than ninety days have elapsed since the suggestion of the death was served, and no motion for substitution has been filed by any successor or representative. Pursuant

to Fed. R. Civ. P 25(a)(1), if no such motion is filed within that period, "the action by or against the decedent must be dismissed."

Accordingly, for the reasons state above, the undersigned Magistrate Judge hereby **RECOMMENDS** this action be DISMISSED with prejudice and with no costs taxed.

It is ORDERED that any objections to this Recommendation must be filed by **November 6, 2023**. An objecting party must identify the specific portion of the factual findings or legal conclusions to which the objection is made and must describe in detail the basis for the objection. Frivolous, conclusive, or general objections will not be considered. This Recommendation is not a final order and, therefore, it is not appealable.

Failure to file a written objection to this Recommendation shall bar a party from a de novo determination by the District Court of any factual findings or legal conclusions contained herein and shall waive the right of the party to challenge on appeal any subsequent order that is based on factual findings and legal conclusions accepted or adopted by the District Court, except upon grounds of plain error or manifest injustice. 11TH Cir. R. 3-1; *see Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

DONE this 20th day of October, 2023.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE