IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC TYRONE PERSON, AIS 173855, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:21-cv-103-ECM |
| | ) |
| CECELIA COGBURN, | ) |
| | ) |
|   Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On October 20, 2023, the Magistrate Judge entered a Recommendation (doc. 31) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 31) is ADOPTED, and this case is DISMISSED with prejudice and with no costs taxed.

A separate Final Judgment will be entered.

DONE this 28th day of November, 2023.

                                        /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE